UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MMJ APPAREL IP LLC, et al.,                                        :
                                                                   :
                              Plaintiffs,                          :
                                                                   :          26-cv-1340 (LJL)
              -v-                                                  :
                                                                   :          ORDER
RONGHAN INTERNATIONAL LIMITED, et al.,                            :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, June 17, 2026. As indicated on the record at the conference:

The only defendant who has appeared in this case has since been voluntarily dismissed. *See* Dkt. No. 24. Plaintiffs are currently in the process of serving or attempting to serve the remaining defendants. Plaintiffs shall file status update letters with the Court beginning August 3, 2026, and continuing the first Monday of every two months thereafter (e.g., October 5, 2026, and so on). The letters shall indicate whether Plaintiffs believe the case is ripe for entry of a new Case Management and Scheduling Order.

SO ORDERED.

Dated: June 17, 2026
       New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2026